**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1776**

---

MICHELLE HAMILTON DAVY,

> Debtor - Appellant,

v.

THOMAS P. GORMAN,

> Trustee - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-01155-RDA-WEF)

---

Submitted:  March 28, 2024                                          Decided:  April 1, 2024

---

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michelle Hamilton Davy, Appellant Pro Se.  Thomas P. Gorman, THOMAS P. GORMAN, CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Hamilton Davy appeals the district court's order affirming the bankruptcy court's order dismissing her Chapter 13 bankruptcy case without prejudice. We have reviewed the record and find no reversible error and no abuse of discretion. Accordingly, we affirm the district court's order. *Davy v. Gorman*, No. 1:22-cv-01155-RDA-WEF (E.D. Va. July 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
